FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 2 3 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Daryl Greer
2630 S. Highway 180
St. Johns, AZ 85936
Darylgreer1983@gmail.com
Tel. 928-245-4290
Pro Se

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Fernando Madrid,

Plaintiff,

v.

Michael Whiting, individually and in
His official capacity as Apache County
Attorney; Daryl Greer; Trent Jensen;
Apache County, Arizona; Apache
County Attorney's Office,

Defendants

**ANSWER OF DARYL GREER**

Case No.: 3:26-cv-08036-JFM

Judge: Susan M. Brnovich

Defendant Daryl Greer answers Plaintiff's Complaint as follows:

1. Paragraph 1 asserts a legal conclusion for which no response is required. To the extent a response is required, denied.

2. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 2. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

3. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 2. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

4. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 2. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

5. Denied.

6. Admit that Joy and Michael Whiting were reelected to Superintendent of Schools and County Attorney respectively. Admit that Michael Whiting is no longer county attorney. Admit that due to intimidation, poor health, and lack of funds to support an adequate legal defense, Greer was forced to enter into a plea bargain for a lesser offense in order to stop harassment against him. Deny all other allegations in paragraph 6.

7. The first part of paragraph 7 merely states constitutional and election principles regarding which no response is required. Deny all other allegations in this paragraph.

8. Paragraph 8 asserts a legal conclusion for which no response is required. To the extent a response is required, denied.

9. Paragraph 9 asserts a legal conclusion for which no response is required. To the extent a response is required, denied.

10. Paragraph 10 asserts a legal conclusion for which no response is required. To the extent a response is required, denied.

11. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 11. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

12. Admit that Michael Whiting was formerly Apache County Attorney. The remainder of paragraph 12 merely asserts a legal conclusion for which no response is required. To the extent a response is required, denied.

13. Admit that Daryl Greer was a former employee of the Apache County Attorney's office. The remainder of paragraph 13 merely asserts a legal conclusion for which no response is required. To the extent a response is required, denied.

14. Admit that Trent Jensen was a former employee of the Apache County Attorney's office. The remainder of paragraph 14 merely asserts a legal conclusion for which no response is required. To the extent a response is required, denied.

15. Admitted.

16. Admitted.

17. Admitted.

18. Admitted.

19. Paragraph 19 asserts a legal conclusion for which no response is required. To the extent a response is required, denied.

20. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 20. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

21. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 21. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

22. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 22. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

23. Admit that in 2024 Greer was an employee of the Apache County Attorney's Office. Deny all other allegations in this paragraph.

24. Denied.

25. Denied

26. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 26. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

27. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 27. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

28. Denied.

29. Denied.

30. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 30. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

31. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 31. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

32. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 32. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

33. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 33. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

34. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 34. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

35. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 35. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

36. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 36. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

37. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 37. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

38. Admit the location of Apache County. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 38. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

39. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 39. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

40. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 40. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

41. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 41. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

42. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 42. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

43. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 43. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

44. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 44. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

45. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 45. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

46. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 46. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

47. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 47. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

48. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 48. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

49. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 49. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

50. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 50. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

51. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 51. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

52. Paragraph 52 asserts a legal conclusion for which no response is required. To the extent a response is required, denied.

53. Paragraph 53 asserts a legal conclusion for which no response is required. To the extent a response is required, denied.

54. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 54. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

55. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 55. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

56. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 56. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

57. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 57. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

58. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 58. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

59. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 59. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

60. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 60. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

61. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 61. Greer therefore denies this paragraph and leaves Plaintiff to his proof. To the extent this paragraph alleges that Greer participated in intimidation and harassment tactics, denied.

62. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 62. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

63. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 63. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

64. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 64. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

65. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 65. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

66. Denied.

67. Denied.

68. Denied.

69. Denied.

70. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 70. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

71. Denied.

72. Denied.

73. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 73. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

74. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 74. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

75. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 75. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

76. Denied that Greer attempted to give documents as alleged. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 76. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

77. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 77. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

78. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 78. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

79. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 79. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

80. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 80. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

81. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 81. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

82. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 82. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

83. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 83. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

84. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 84. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

85. Denied that Greer was one of the men referred to. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 85. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

86. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 86. Greer therefore denies this paragraph and leaves Plaintiff to his proof,

87. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 87. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

88. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 88. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

89. Denied as to all allegations against Greer in this paragraph. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 89. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

90. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 90. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

91. Denied as to all allegations against Greer in this paragraph. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 91. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

92. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 92. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

93. Denied as to all allegations against Greer in this paragraph. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 93. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

94. Denied as to all allegations against Greer in this paragraph. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 94. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

95. Denied as to all allegations against Greer in this paragraph. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 95. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

96. Denied as to all allegations against Greer in this paragraph. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 96. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

97. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 97. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

98. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 98. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

99. Denied as to all allegations against Greer in this paragraph. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 99. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

100.    Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 100. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

101.    Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 101. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

102.    Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 102. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

103.    Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 103. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

104.    Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 104. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

105.    Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 105. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

106.    Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 106. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

107.    Denied as to all allegations against Greer in this paragraph. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 107. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

108.    Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 108. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

109.    Denied as to all allegations against Greer in this paragraph. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 109. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

110.    Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 110. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

111.    Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 111. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

112.    Denied as to all allegations against Greer in this paragraph. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 112. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

113.    Denied as to all allegations against Greer in this paragraph. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 113. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

114.    Denied as to all allegations against Greer in this paragraph. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 114. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

115.    Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 115. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

116.    Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 116. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

117.    Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 117. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

118.    Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 118. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

119.    Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 119. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

120.    Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 120. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

121.    Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 121. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

122.    Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 122. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

123.    Denied as to all allegations against Greer in this paragraph. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 123. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

124.    Denied as to all allegations against Greer in this paragraph. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 124. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

125.    Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 125. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

126.    Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 126. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

127.    Admitted. Greer further notes the maxim of innocence until proven guilty, and that allegations in an indictment are not conclusively proven. Greer further notes that the indictment was replete with errors and false accusations.

128.    The grand jury's indictment speaks for itself. Greer denies each and every allegation in paragraph 128 inconsistent with the same.

18

129. The grand jury's indictment speaks for itself. Greer denies each and every allegation in paragraph 129 inconsistent with the same.

130. The grand jury's indictment speaks for itself. Greer denies each and every allegation in paragraph 130 inconsistent with the same.

131. The grand jury's indictment speaks for itself. Greer denies each and every allegation in paragraph 131 inconsistent with the same.

132. The grand jury's indictment speaks for itself. Greer denies each and every allegation in paragraph 132 inconsistent with the same.

133. Admit that due to intimidation, poor health, and lack of funds to support an adequate legal defense, Greer was forced to enter into a plea bargain for a lesser offense in order to stop harassment against him. Deny all other allegations in paragraph 133.

134. Greer's plea speaks for itself. Greer denies each and every allegation in paragraph 134 inconsistent with the same. Greer further notes that the 'factual basis' referred to was not proven beyond a reasonable doubt, and that Greer entered into the plea agreement solely for reasons which Fernando Madrid pretends to understand–intimidation and harassment leveled against Greer.

135. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 135. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

136. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 136. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

137. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 137. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

138. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 138. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

139. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 139. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

140. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 140. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

141. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 141. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

142. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 142. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

143. Denied as to all allegations against Greer in this paragraph. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 143. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

144. Denied as to all allegations against Greer in this paragraph. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 144. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

145. Denied as to all allegations against Greer in this paragraph. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 145. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

146. Denied as to all allegations against Greer in this paragraph. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 146. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

147. Denied as to all allegations against Greer in this paragraph. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 147. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

148. Denied as to all allegations against Greer in this paragraph. Greer is without knowledge or information sufficient to form a belief regarding the

remaining allegations in paragraph 148. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

149.    Denied as to all allegations against Greer in this paragraph. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 149. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

150.    Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 150. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

151.    Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 151. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

152.    Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 152. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

153.    Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 153. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

154.    Denied as to all allegations against Greer in this paragraph. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 154. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

155.    Denied as to all allegations against Greer in this paragraph. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 155. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

156.    Denied as to all allegations against Greer in this paragraph, including all of its subparts. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 156, including all of its subparts. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

157.    Denied as to all allegations against Greer in this paragraph. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 157. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

158.    Denied as to all allegations against Greer in this paragraph. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 158. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

159.    Denied as to all allegations against Greer in this paragraph. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 159. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

160.    Denied as to all allegations against Greer in this paragraph. Greer is without knowledge or information sufficient to form a belief regarding the

remaining allegations in paragraph 160. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

161.    Paragraph 161 merely reallages and incorporates other allegations in Plaintiff's Complaint. Greer responds to all such allegations as set forth herein.

162.    Paragraph 162 merely states constitutional and election principles regarding which no response is required. Deny all other allegations in this paragraph.

163.    Denied as to all allegations against Greer in this paragraph. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 163. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

164.    Denied as to all allegations against Greer in this paragraph, including all of its subparts. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 164, including all of its subparts. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

165.    Denied as to all allegations against Greer in this paragraph. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 165. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

166.    Denied as to all allegations against Greer in this paragraph, including all of its subparts. Greer is without knowledge or information sufficient to form a

belief regarding the remaining allegations in paragraph 166, including all of its subparts. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

167.    Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 167. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

168.    Denied.

169.    Denied.

170.    Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 170, including all subparts. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

171.    Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 171. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

172.    Paragraph 172 asserts a legal conclusion for which no response is required. To the extent a response is required, denied as to all allegations against Greer in this paragraph, including all of its subparts. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 172, including all of its subparts. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

173.    Paragraph 173 asserts a legal conclusion for which no response is required. To the extent a response is required, denied as to all allegations against Greer in this paragraph. Greer is without knowledge or information

sufficient to form a belief regarding the remaining allegations in paragraph 173. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

174.      Denied as to all allegations against Greer in this paragraph. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 174. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

175.      Denied as to all allegations against Greer in this paragraph, including all of its subparts. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 175, including all of its subparts. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

176.      Denied as to all allegations against Greer in this paragraph, including all of its subparts. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 176, including all of its subparts. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

177.      Denied as to all allegations against Greer in this paragraph. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 177. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

178.      Denied as to all allegations against Greer in this paragraph. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 178. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

179.    Denied as to all allegations against Greer in this paragraph, including all of its subparts. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 179, including all of its subparts. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

180.    Denied as to all allegations against Greer in this paragraph, including all of its subparts. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 180, including all of its subparts. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

181.    Denied as to all allegations against Greer in this paragraph. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 181. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

182.    Denied as to all allegations against Greer in this paragraph, including all of its subparts. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 182, including all of its subparts. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

183.    Paragraph 183 asserts a legal conclusion for which no response is required. To the extent a response is required, denied as to all allegations against Greer in this paragraph. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 173. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

184.    Denied as to all allegations against Greer in this paragraph, including all of its subparts. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 184, including all of its subparts. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

185.    Denied as to all allegations against Greer in this paragraph, including all of its subparts. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 185, including all of its subparts. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

186.    Paragraph 186 merely reallages and incorporates other allegations in Plaintiff's Complaint. Greer responds to all such allegations as set forth herein.

187.    Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 187, including all subparts. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

188.    Paragraph 188, including all of its subparts, asserts a legal conclusion for which no response is required. To the extent a response is required, denied.

189.    Denied as to all allegations against Greer in this paragraph, including all of its subparts. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 189, including all of its subparts. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

190.    Paragraph 190, including all of its subparts, asserts a legal conclusion for which no response is required. To the extent a response is required, denied.

191. Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 191, including all subparts. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

192. Denied as to all allegations against Greer in this paragraph, including all of its subparts. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 192, including all of its subparts. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

193. Denied as to all allegations against Greer in this paragraph, including all of its subparts. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 193, including all of its subparts. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

194. Denied as to all allegations against Greer in this paragraph, including all of its subparts. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 194, including all of its subparts. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

195. Denied as to all allegations against Greer in this paragraph, including all of its subparts. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 195, including all of its subparts. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

196. Denied as to all allegations against Greer in this paragraph, including all of its subparts. Greer is without knowledge or information sufficient to form a

belief regarding the remaining allegations in paragraph 196, including all of its subparts. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

197.     Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 197. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

198.     Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 198. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

199.     Denied as to all allegations against Greer in this paragraph, including all of its subparts. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 199, including all of its subparts. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

200.     Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 200. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

201.     Greer is without knowledge or information sufficient to form a belief regarding the allegations in paragraph 201. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

202.     Paragraph 202 merely reallages and incorporates other allegations in Plaintiff's Complaint. Greer responds to all such allegations as set forth herein.

203.     Denied as to all allegations against Greer in this paragraph, including all of its subparts. Greer is without knowledge or information sufficient to form a

belief regarding the remaining allegations in paragraph 203, including all of its subparts. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

204.    Denied as to all allegations against Greer in this paragraph, including all of its subparts. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 204, including all of its subparts. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

205.    Denied as to all allegations against Greer in this paragraph, including all of its subparts. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 205, including all of its subparts. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

206.    Denied as to all allegations against Greer in this paragraph, including all of its subparts. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 206, including all of its subparts. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

207.    Paragraph 207 asserts a legal conclusion for which no response is required. To the extent a response is required, denied.

208.    Denied as to all allegations against Greer in this paragraph, including all of its subparts. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 208, including all of its subparts. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

209.    Denied as to all allegations against Greer in this paragraph, including all of its subparts. Greer is without knowledge or information sufficient to form a

belief regarding the remaining allegations in paragraph 209, including all of its subparts. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

210.    Denied as to all allegations against Greer in this paragraph, including all of its subparts. Greer is without knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 210, including all of its subparts. Greer therefore denies this paragraph and leaves Plaintiff to his proof.

211.    Greer denies all paragraphs in the request for relief in the Complaint.

212.    Greer denies each and every allegation in the Complaint not expressly admitted herein.

## AFFIRMATIVE DEFENSES

Except as expressly admitted, Greer denies all of the claims alleged by the Plaintiff above. In addition, the claims set forth above are improper, are barred, and Greer hereby asserts the following affirmative defenses each as its own distinct and separate affirmative defense:

1. Failure to state a claim upon which relief can be granted.

2. Plaintiff's failure to perform reasonable due diligence.

3. If Plaintiff suffered any injury, loss, and/or damage (which Greer denies) such injury, loss, and/or damage was solely and proximately caused by actions and/or omissions of the Plaintiff or persons or entities other than Greer.

4. The claims are barred because the Plaintiff has sustained no damages or at least no damages at the hands of Greer.

5. The claims are barred because Plaintiff has failed to mitigate damages; however, Greer denies that Plaintiff has suffered any damages.

6. The claims are barred because the harm suffered by Plaintiff, if any, was proximately caused by conditions over which Greer had no responsibility, duty, or control.

7. Plaintiff's alleged damages (although denied) should potentially be apportioned based on fault.

8. All of the Plaintiff's claims for costs and attorney's fees should be reduced under the net judgment rule or other applicable rule.

9. Plaintiff has or may have acted in bad faith.

10. Plaintiff has or may have failed to satisfy necessary conditions precedent to bring allegations against Greer.

11. The claims are or may be barred by public policy.

12. The alleged damages (although denied) were the result of unrelated, pre-existing, or subsequent conditions unrelated to Greer's conduct.

13. The claims are barred due to detrimental reliance.

14. Greer owed no duty to any party that would justify Plaintiff's claims against Greer.

15. The claims are barred by estoppel, equitable estoppel, and/or promissory estoppel.

16. Plaintiff failed to do equity and is therefore not entitled to equitable relief.

17. The claims are or may be barred by failure of consideration.

18. The claims are barred because they are based on one or more false statements.

19. The claims are or may be barred by fraud.

20. Greer has acted in good faith.

21. Greer incorporates by reference each and every affirmative defense set forth in Federal Rules of Civil Procedure 8 (c) and 12 as though fully set forth herein.

22. The claims against this party are or may be barred based on obligations of other parties or another party for indemnity.

23. The claims against this party are or may be barred because Plaintiff had prior knowledge or at least notice of related facts which undermine Plaintiff's claims.

24. The claims are or may be barred by laches, lack of authority, lack of a causal relationship, lack of privity, lack of standing, merger, misrepresentation, mistake, offset (although damages to Plaintiff are denied), the parole evidence rule, ratification, waiver or release, the statute of frauds, the applicable statute of limitations and/or Plaintiff's failure to act with a reasonable time, unjust enrichment, and unclean hands.

25. The claims are or may be barred by negligence on the part of the Plaintiff to a greater degree than Greer.

26. Greer was or may have been prevented from any required performance based on conduct, action, or omissions of the Plaintiff or another party.

27. The claims are barred because punitive damages against Greer are not permissible.

28. The claims were or may have been brought in bad faith, are or may be frivolous, and/or are or may be without merit.

29. Plaintiff's claims are barred to the extent they are based on incorrect facts, assumptions and other errors.

30. Plaintiff's constitutional claims are or may be barred to the extent they fail to satisfy the prerequisites and other requirements necessary to bring such claims.

31. Plaintiff's claims are barred due to being based on groundless speculation, inconsistent facts, inability of Plaintiff to identify Greer in a lineup, and improper designation of Greer as being a party involved in this matter.

32. Plaintiff's claims are or may be barred due to the doctrine of respondeat superior and/or governmental immunity from suit.

33. Plaintiff's claims are or may be barred because of the significant and egregious falsehoods which Plaintiff has repeatedly and consistently leveled against Greer which have caused him emotional distress and have seriously affected his already-poor health due to kidney failure.

34. Greer may also have additional affirmative defenses not known to him, but which may be discovered during the course of these proceedings. Greer does not waive such defenses and specifically asserts them hereby, reserving the right to amend to plead other affirmative defenses as they become known.

Wherefore, Greer denies that the Plaintiff is entitled to any of the relief requested. The claims against Greer should be dismissed with prejudice. Therefore, Greer prays that Plaintiff take nothing by its action and that Greer be awarded

judgment in this action, his costs of suit, attorneys' fees, and such further relief as the court may deem proper.

DATED this 21 day of March 2026.

Daryl Greer

**CERTIFICATE OF SERVICE**

The undersigned certifies that he caused to be served a true and correct copy of the ANSWER OF DARYL GREER via email and regular mail upon the person listed below:

Paul V. Avelar
INSTITUTE FOR JUSTICE
3200 N. Central Avenue, Suite 2160
Phoenix, AZ 85012
pavelar@ij.org
Tel. 480-557-8300