Kathleen L. Wieneke, Bar #011139
Laura Van Buren, Bar #031669
Suzanne Reed, Bar # 025707
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: lvanburen@wienekelawgroup.com
Email: sreed@wienekelawgroup.com

*Attorneys for Defendants Apache County and
Apache County Attorney's Office*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Fernando Madrid,<br><br>                              Plaintiff,<br><br>v.<br><br>Michael Whiting, individually and in his official capacity as Apache County Attorney; Daryl Greer; Trent Jensen; Apache County, Arizona; Apache County Attorney's Office,<br><br>                              Defendants. | NO. 3:26-cv-08036-SMB<br><br>**DEFENDANTS' CERTIFICATE OF CONFERRAL REGARDING MOTION TO DISMISS** |

Defendants Apache County and Apache County Attorney's Office (Defendants) certify that on March 10, 2026, Defendants notified the opposing party of the issues asserted in its Motion to Dismiss in writing and the parties conferred but were unable to agree that the pleading was curable in any part by a permissible amendment offered by the pleading party.

///

///

///

DATED this 6th day of April, 2026.

WIENEKE LAW GROUP, PLC

By:  */s/ Suzanne Reed*
Kathleen L. Wieneke
Laura Van Buren
Suzanne Reed
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
*Attorneys for Defendants Apache County and
Apache County Attorney's Office*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Paul V. Avelar
AZ Bar No. 023078
INSTITUTE FOR JUSTICE
3200 N. Central Ave., Ste. 2160
Phoenix, AZ 85012-1114

Michael Greenberg, *Pro Hac Vice*
Benjamin A. Field, *Pro Hac Vice*
McCarley Maddock, *Pro Hac Vice*
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Ste. 900
Arlington, VA 22203-1854

*Attorneys for Plaintiff*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

By:     */s/ Lauren Rasmussen*

3