**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Fernando Madrid,                         )
                                         )
    Plaintiff,        )
                                         )
v.                                       )     Case No. 3:26-cv-08036-SMB
                                         )
Trent Jensen,                            )
                                         )
    Defendant.        )
                                         )

### NOTICE OF APPEARANCE OF DEFENDANT PRO SE

Defendant Trent Jensen hereby enters an appearance in this matter pro se and requests that all notices, pleadings, motions, and other papers filed in this action be served upon the undersigned at the address listed below.

DATED this 22nd day of May, 2026.

Respectfully, submitted,

_____
Trent Jensen
Defendant Pro Se
P.o. box 3303
St Johns, AZ 85936

FILED _____    LODGED _____
RECEIVED _____    COPY _____

MAY 2 2 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May, 2026, a true and correct copy of the foregoing Notice of Appearance of Defendant Pro Se was served upon all parties or counsel of record by:

/s/ Michael Greenberg
Michael Greenberg
McCarley Maddock
Benjamin A. Field
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Ste. 900
Arlington, VA 22203-1854
Tel: (703) 682-9320
Email: mgreenberg@ij.org; mmaddock@ij.org;
bfield@ij.org

Attorneys for Plaintiff Madrid
*Admitted Pro Hac Vice

Paul V. Avelar
INSTITUTION FOR JUSTICE
3200 N. Central Avenue, Ste. 2160
Phoenix, AZ 85012
Tel: (703) 557-8300
Email: pavelar@ij.org

☐ U.S. Mail
☐ CM/ECF System

☒ Email
☐ Other: _____

Trent Jensen