**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Fernando Madrid, | No. CV-26-08036-PCT-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Whiting, et al., | |
| Defendants. | |

The Court having considered the unopposed Motion for Extension of Time to file Reply to Response to Motion to Dismiss (Doc. 39) and good cause appearing,

**IT IS ORDERED** granting the Motion.

**IT IS FURTHERED ORDERED** that the Defendant Whiting shall have until **July 31, 2026** to file his Reply.

Dated this 23rd day of July, 2026.

Honorable Susan M. Brnovich
United States District Judge